UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ABRAHAM FEDER on behalf of himself and
all other similarly situated consumers

                    Plaintiff,

      -against-


NORTHSTAR LOCATION SERVICES, LLC

                 Defendant.

_____

                      **Index No. CV-12-3376**

                      **NOTICE OF VOLUNTARY
DISMISSAL WITH
PREJUDICE**

        **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's

attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with

prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that

a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       November 26, 2012

                      ___/s/_____
                      Maxim Maximov, Esq.
                      Maxim Maximov, LLP
                      Attorney for the Plaintiff
                      1600 Avenue M, 2nd Floor
                      Brooklyn, NY 11230
                      Office: (718) 395-3459
                      Facsimile: (718) 408-9570
                      E-mail: m@maximovlaw.com